## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

|  |  |  |
|---|---|---|
| In re: RICHARDS, ERIC E | § | Case No. 09-71995 |
| RICHARDS, SUSAN A. | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 14, 2009.  The undersigned trustee was appointed on May 15, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          59,120.52

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6,629.31 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 52,491.21 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 10/13/2009 and the deadline for filing governmental claims was 11/10/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,206.03. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,206.03, for a total compensation of $6,206.03.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $105.06, for total expenses of $105.06.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2011          By:/s/MEGAN G. HEEG
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71995
**Case Name:** RICHARDS, ERIC E
RICHARDS, SUSAN A.
**Period Ending:** 06/15/11

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 05/14/09 (f)
**§341(a) Meeting Date:** 06/19/09
**Claims Bar Date:** 10/13/09

| Ref. # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 150.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Associated Bank checking | 250.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>Associated Bank MMA | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>Blackhawk Bank savings | 120.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS<br>Ft Myers, Fla fufrniture and decorations | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | REAL ESTATE - scheduled<br>12663 Quail Ridge Close, Rockton | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | REAL ESTATE - scheduled<br>8870 Colonnades Court, Bonita Springs, Fla | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | REAL ESTATE - scheduled<br>9045 Colby Drive, Ft. Myers, Fla | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | REAL ESTATE - unscheduled (u)<br>440 and 5454 Bridge St., Roscoe, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | HOUSEHOLD GOODS AND FURNISHINGS<br>Bonita Springs bedroom set | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | BOOKS AND ART OBJECTS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | WEARING APPAREL | 250.00 | 0.00 | DA | 0.00 | FA |
| 14 | FURS AND JEWELRY | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | FIREARMS AND HOBBY EQUIPMENT | 200.00 | 0.00 | DA | 0.00 | FA |
| 16 | INTERESTS IN INSURANCE POLICIES<br>AIG Whole Life Policy w/ 300,000 death benefit (w) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | INTERESTS IN INSURANCE POLICIES<br>AIG Whole Life Policy $1,000,000 death benefit (H) | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Interest in an education IRA<br>(H) | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 19 | Interest in an education IRA<br>(W) | 3,200.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 09-71995 | **Trustee:** (330490) MEGAN G. HEEG |
| **Case Name:** RICHARDS, ERIC E | **Filed (f) or Converted (c):** 05/14/09 (f) |
| RICHARDS, SUSAN A. | **§341(a) Meeting Date:** 06/19/09 |
| **Period Ending:** 06/15/11 | **Claims Bar Date:** 10/13/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | STOCK AND BUSINESS INTERESTS<br>Village Emporium | 1.00 | 0.00 | DA | 0.00 | FA |
| 21 | STOCK AND BUSINESS INTERESTS<br>Orb Orienting Systems | 1.00 | 0.00 | DA | 0.00 | FA |
| 22 | STOCK AND BUSINESS INTERESTS<br>ERASE 5 Group, LLC | 1.00 | 0.00 | DA | 0.00 | FA |
| 23 | TAX REFUNDS | 990.00 | 0.00 | DA | 0.00 | FA |
| 24 | OTHER CONTINGENT AND UNLIQUIDATED<br>CLAIMS<br>Beneficial Interest in Estate in Germany . | 1.00 | 54,068.88 | | 54,068.88 | FA |
| 25 | Customer Lists or other compilations | 1.00 | 0.00 | DA | 0.00 | FA |
| 26 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1998 GM pickup | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | AUTOMOBILES AND OTHER VEHICLES<br>1998 toyota Forerunner | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 28 | AUTOMOBILES AND OTHER VEHICLES<br>2000 Toyota Echo | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | OFFICE EQUIPMENT, FURNISHINGS, AND<br>SUPPLIES<br>Lap top | 500.00 | 0.00 | DA | 0.00 | FA |
| 30 | OFFICE EQUIPMENT, FURNISHINGS, AND<br>SUPPLIES<br>Desk | 200.00 | 0.00 | DA | 0.00 | FA |
| 31 | ACCOUNTS RECEIVABLE<br>R-Tech Feeders Sales Commissions - (Debtor<br>alleged a value of $13,847.45) | 10,000.00 | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 51.64 | Unknown |
| 32 | Assets    Totals (Excluding unknown values) | $608,715.00 | $59,068.88 | | $59,120.52 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-71995 | **Trustee:** (330490) MEGAN G. HEEG |
| **Case Name:** RICHARDS, ERIC E | **Filed (f) or Converted (c):** 05/14/09 (f) |
| RICHARDS, SUSAN A. | **§341(a) Meeting Date:** 06/19/09 |
| **Period Ending:** 06/15/11 | **Claims Bar Date:** 10/13/09 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Initial Projected Date Of Final Report (TFR):     September 30, 2010          Current Projected Date Of Final Report (TFR):     June 8, 2011  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-71995 | |
| Case Name: | RICHARDS, ERIC E | |
| | RICHARDS, SUSAN A. | |
| Taxpayer ID #: | **-***4297 | |
| Period Ending: | 06/15/11 | |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****48-19 - Time Deposit Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/10 | | FUNDING ACCOUNT: *******4865 | | 9999-000 | 50,000.00 | | 50,000.00 |
| 04/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.58 | | 50,006.58 |
| 04/13/10 | | Transfer out to account *******4865 | Transfer out to account *******4865 | 9999-000 | -50,006.58 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -6.58 | 0.00 | |
| Subtotal | 6.58 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6.58 | $0.00 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-71995 | |
| **Case Name:** RICHARDS, ERIC E | |
| RICHARDS, SUSAN A. | |
| **Taxpayer ID #:** **-***4297 | |
| **Period Ending:** 06/15/11 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-****48-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/10 | {24} | IOLTA Trust Fund of IL | Beneficial Interest In Estate In Gemany | 1129-000 | 54,068.88 | | 54,068.88 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 54,069.46 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.05 | | 54,071.51 |
| 03/09/10 | {31} | R-Tech Feeders | commissions | 1129-000 | 2,000.00 | | 56,071.51 |
| 03/11/10 | | ACCOUNT FUNDED: *******4819 | | 9999-000 | | 50,000.00 | 6,071.51 |
| 03/11/10 | 1001 | Andrew T. Smith, Esq. | per court Order dated 2/24/10 | 3210-600 | | 4,302.31 | 1,769.20 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 1,770.16 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,770.17 |
| 04/06/10 | | Wire out to BNYM account 9200******4865 | Wire out to BNYM account 9200******4865 | 9999-000 | -1,770.17 | | 0.00 |
| 04/13/10 | | Transfer in from account *******4819 | Transfer in from account *******4819 | 9999-000 | 50,006.58 | | 50,006.58 |
| 04/13/10 | | Wire out to BNYM account 9200******4819 | Wire out to BNYM account 9200******4819 | 9999-000 | -50,006.58 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 54,302.31 | 54,302.31 | $0.00 |
| Less: Bank Transfers | -1,770.17 | 50,000.00 | |
| **Subtotal** | 56,072.48 | 4,302.31 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$56,072.48** | **$4,302.31** | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-71995 |
| Case Name: | RICHARDS, ERIC E |
| | RICHARDS, SUSAN A. |
| Taxpayer ID #: | **-***4297 |
| Period Ending: | 06/15/11 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******48-19 - Trustee Investment Acct |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | 9999-000 | 50,006.58 | | 50,006.58 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.49 | | 50,010.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.37 | | 50,016.44 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.17 | | 50,022.61 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.37 | | 50,028.98 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.37 | | 50,035.35 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.23 | | 50,036.58 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,037.85 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.23 | | 50,039.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,040.35 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,041.62 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.15 | | 50,042.77 |
| 03/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.04 | | 50,042.81 |
| 03/02/11 | | To Account #9200******4865 | Close TIA via TIA Rollover | 9999-000 | | 50,042.81 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 50,042.81 | 50,042.81 | $0.00 |
| Less: Bank Transfers | 50,006.58 | 50,042.81 | |
| Subtotal | 36.23 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $36.23 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-71995 |
| Case Name: | RICHARDS, ERIC E |
| | RICHARDS, SUSAN A. |
| Taxpayer ID #: | **-***4297 |
| Period Ending: | 06/15/11 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******48-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******4865 | Wire in from JPMorgan Chase Bank, N.A. account *******4865 | 9999-000 | 1,770.17 | | 1,770.17 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 1,770.25 |
| 05/26/10 | {31} | R-Tech Feeders, Inc. | sales commission | 1129-000 | 3,000.00 | | 4,770.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 4,770.38 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 4,770.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 4,770.94 |
| 08/05/10 | 11002 | US Treasury | taxes due | 2810-000 | | 707.00 | 4,063.94 |
| 08/05/10 | 11003 | IL Dept. of Revenue | taxes | 2810-000 | | 80.00 | 3,983.94 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 3,984.19 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.25 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.28 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.31 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.34 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.37 |
| 03/02/11 | | From Account #9200******4819 | Close TIA via TIA Rollover | 9999-000 | 50,042.81 | | 54,027.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.33 | | 54,028.51 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.33 | | 54,029.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.37 | | 54,031.21 |
| 06/08/11 | 11004 | Carl Swanson, CPA | Per Court Order dated 5/23/11 | 3410-000 | | 1,540.00 | 52,491.21 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 54,818.21 | 2,327.00 | $52,491.21 |
| Less: Bank Transfers | 51,812.98 | 0.00 | |
| Subtotal | 3,005.23 | 2,327.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,005.23 | $2,327.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****48-19 | 6.58 | 0.00 | 0.00 |
| MMA # ***-*****48-65 | 56,072.48 | 4,302.31 | 0.00 |
| TIA # 9200-******48-19 | 36.23 | 0.00 | 0.00 |
| MMA # 9200-******48-65 | 3,005.23 | 2,327.00 | 52,491.21 |
| | $59,120.52 | $6,629.31 | $52,491.21 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-71995
Case Name: RICHARDS, ERIC E
Trustee Name: MEGAN G. HEEG

**Balance on hand:**                    $        52,491.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None |

Total to be paid to secured creditors:     $          0.00
Remaining balance:                         $        52,491.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - MEGAN G. HEEG | 6,206.03 | 0.00 | 6,206.03 |
| Trustee, Expenses - MEGAN G. HEEG | 105.06 | 0.00 | 105.06 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 2,920.00 | 0.00 | 2,920.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 287.00 | 0.00 | 287.00 |
| Accountant for Trustee, Fees - Carl Swanson, CPA | 1,540.00 | 1,540.00 | 0.00 |
| Other Fees: Andrew T. Smith | 4,302.31 | 4,302.31 | 0.00 |

Total to be paid for chapter 7 administration expenses:     $        9,518.09
Remaining balance:                                          $       42,973.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:                                             $       42,973.12

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| | None | | | |

Total to be paid for priority claims: $         0.00

Remaining balance: $     42,973.12

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 64,188.05 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 66.9 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1 | Advanta Bank Corp | 18,165.68 | 0.00 | 12,161.70 |
| 2 | Chase Bank USA, N.A. | 3,965.48 | 0.00 | 2,654.84 |
| 3 | Chase Bank USA, N.A. | 5,780.95 | 0.00 | 3,870.28 |
| 4 | Chase Bank USA, N.A. | 697.68 | 0.00 | 467.09 |
| 5 | Roundup Funding, LLC | 355.12 | 0.00 | 237.75 |
| 6U | Blackhawk State Bank | 23,774.11 | 0.00 | 15,916.48 |
| 7 | Recovery Management Systems Corporation | 1,671.74 | 0.00 | 1,119.21 |
| 8 | Recovery Management Systems Corporation | 2,640.00 | 0.00 | 1,767.45 |
| 9 | PRA Receivables Management, LLC | 757.72 | 0.00 | 507.28 |
| 10 | PRA Receivables Management, LLC | 6,379.57 | 0.00 | 4,271.04 |

Total to be paid for timely general unsecured claims: $     42,973.12

Remaining balance: $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (10/1/2010)