UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: RICHARDS, ERIC E  § Case No. 09-71995
RICHARDS, SUSAN A.  §
  §
  §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 07/18/2011 in Courtroom 115, United States Courthouse, 211 South Court Street, Rockford, IL 61101. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 06/15/2011   By: /s/MEGAN G. HEEG
  Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: RICHARDS, ERIC E § Case No. 09-71995
RICHARDS, SUSAN A. §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $ 59,120.52

and approved disbursements of $ 6,629.31

leaving a balance on hand of [1] $ 52,491.21

**Balance on hand:** $ 52,491.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 52,491.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 6,206.03 | 0.00 | 6,206.03 |
| Trustee, Expenses - MEGAN G. HEEG | 105.06 | 0.00 | 105.06 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 2,920.00 | 0.00 | 2,920.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 287.00 | 0.00 | 287.00 |
| Accountant for Trustee, Fees - Carl Swanson, CPA | 1,540.00 | 1,540.00 | 0.00 |
| Other Fees: Andrew T. Smith | 4,302.31 | 4,302.31 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 9,518.09
Remaining balance: $ 42,973.12

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 42,973.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 42,973.12

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,188.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 66.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corp | 18,165.68 | 0.00 | 12,161.70 |
| 2 | Chase Bank USA, N.A. | 3,965.48 | 0.00 | 2,654.84 |
| 3 | Chase Bank USA, N.A. | 5,780.95 | 0.00 | 3,870.28 |
| 4 | Chase Bank USA, N.A. | 697.68 | 0.00 | 467.09 |
| 5 | Roundup Funding, LLC | 355.12 | 0.00 | 237.75 |
| 6U | Blackhawk State Bank | 23,774.11 | 0.00 | 15,916.48 |
| 7 | Recovery Management Systems Corporation | 1,671.74 | 0.00 | 1,119.21 |
| 8 | Recovery Management Systems Corporation | 2,640.00 | 0.00 | 1,767.45 |
| 9 | PRA Receivables Management, LLC | 757.72 | 0.00 | 507.28 |
| 10 | PRA Receivables Management, LLC | 6,379.57 | 0.00 | 4,271.04 |

UST Form 101-7-NFR (10/1/2010)

Total to be paid for timely general unsecured claims: $ 42,973.12
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                              Northern District of Illinois
```

```
In re:                                                        Case No. 09-71995-MB
Eric E Richards                                               Chapter 7
Susan A. Richards
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman           Page 1 of 2            Date Rcvd: Jun 23, 2011
                              Form ID: pdf006          Total Noticed: 42
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2011.
db/jdb        +Eric E Richards,    Susan A. Richards,    12663 Quail Ridge Close,    Rockton, IL 61072-1819
aty           +Thomas E. Laughlin,    Attorney Thomas E. Laughlin,    6833 Stalter Dr.,    Rockford, IL 61108-2579
14186613       Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14185191      +Advanta Bank Corp,    % Becket & Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
13913908      +Andrew & Linda Oyen,    7894 Nan Drive,    Roscoe, IL 61073-9336
13913909      +Bank of America, N.A.,    P.O. Box 26078,    Greensboro, NC 27420-6078
13913910       BankUnited FSB,    P.O. Box 538613,    Atlanta, GA 30353-8613
13913912       Bergner's,   Retail Services,    P.O. Box 17264,    Baltimore, MD 21297-1264
13913913      +Blackhawk Bank,    400 Broad Street,    Beloit, WI 53511-6223
14468493      +Blackhawk State Bank,    c/o Attorney Paul S. Godlewski,    One Court Place, Suite 103,
                Rockford, IL 61101-1088
13913914       Capital One Bank USA, N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
13913915       Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13913916       Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
14265176       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13913917      +Enclave At College Pointe Condo,    c/o P & M Property Mgmt.,    14360 South Tamiami Trail #8,
                Fort Myers, FL 33912-2082
13913918       Fifth Third Bank,    P.O. Box 630412,    Cincinnati, OH 45263-0412
13913922       HSBC,   P.O. Box 60167,    City Of Industry, CA 91716-0167
13913923       HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
13913924       HSBC Card Services,    P.O. Box 37281,    Baltimore, MD 21297-3281
13913926      +Matthew S. O'Haver,    469 East Elm Road,    Freeport, IL 61032-9180
13913927      +ORB Orienting Systems, LLC,    408 N. Stanton Street,    Davis, IL 61019-7720
14573803      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    Ameritech,
                POB 41067,    NORFOLK VA 23541-1067
14574074      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    GM,   POB 41067,
                NORFOLK VA 23541-1067
13913928       Pier 1 Imports,    Cardmember Service,    P.O. Box 15325,    Wilmington, DE 19886-5325
13913929       Rockford Feeder,    P.O. Box 15405,    Loves Park, IL 61132-5405
13913930       San Mirage At Bonita Springs,    c/o R & P Property Mgmt.,    265 Airport Road S,
                Naples, FL 34104-3518
13913931       Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
13913932       The Limited,    P.O. Box 659728,    San Antonio, TX 78265-9728
13913933      +Timothy R. Baxter,    5803 Wyndmere Drive,    South Beloit, IL 61080-9216
13913934      +Universal Property and Casualty Ins,    c/o Universal Risk Advisors,
                1110 W. Commercial Blvd. Ste. 300,    Fort Lauderdale, FL 33309-3749
13913935       Vertex Business Services,    P.O. Box 628329,    Orlando, FL 32862-8329
13913936      +Village Emporium, Inc.,    5454 Bridge Street,    Roscoe, IL 61073-8571
13988902      +Wells Fargo Bank NA,    % Andrew J Nelson,    Pierce & Assoc PC,    1 North Dearborn Ste 1300,
                Chicago, Il 60602-4373
13913937       Wells Fargo Home Mortgage,    P.O. Box 5296,    Carol Stream, IL 60197-5296
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: KATHY@EGBBL.COM Jun 23 2011 22:10:17      Megan G Heeg,
                Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
13913907       E-mail/Text: bkr@cardworks.com Jun 23 2011 22:10:36      Advanta Bank Corp.,    P.O. Box 8088,
                Philadelphia, PA 19101-8088
13913919       E-mail/Text: Bankruptcy@fpl.com Jun 23 2011 22:10:55      Florida Power & Light COmpany,
                General Mail Facility,    Miami, FL 33188-0001
13913920       E-mail/PDF: gecsedi@recoverycorp.com Jun 24 2011 00:04:12       GAP,   P.O. Box 530942,
                Atlanta, GA 30353-0942
13913921       E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2011 23:15:41       GE Money Bank,    P.O. Box 960061,
                Orlando, FL 32896-0061
14472479      +E-mail/PDF: rmscedi@recoverycorp.com Jun 23 2011 23:15:42
                Recovery Management Systems Corporation,    For GE Money Bank,    dba ROOMS TO GO/GEMB,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14472478      +E-mail/PDF: rmscedi@recoverycorp.com Jun 23 2011 23:15:42
                Recovery Management Systems Corporation,    For GE Money Bank,    dba GAP,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14287158       E-mail/PDF: BNCEmails@blinellc.com Jun 23 2011 23:15:02       Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 8
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
                Dixon, IL 61021-0447
13913911     ##+Beneficial,    10125 N. Second Street,    Machesney Park, IL 61115-1450
13913925     ##Macy's,    P.O. Box 6938,    The Lakes, NV 88901-6938
                                                                                  TOTALS: 0, * 1, ## 2
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cbachman            Page 2 of 2            Date Rcvd: Jun 23, 2011
                              Form ID: pdf006           Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 25, 2011**                              **Signature:**    *Joseph Speetjens*