IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION

| | |
|---|---|
| IN RE:<br>RICHARDS, ERIC E<br>RICHARDS, SUSAN A.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 09-71995 BARB<br><br>JUDGE Manuel Barbosa |

### AMENDED DISTRIBUTION REPORT

I, <u>MEGAN G. HEEG</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 9,518.13 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 42,873.29 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 52,391.42 |

EXHIBIT D

DISTRIBUTION REPORT  PAGE 1

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 15,360.44 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | Andrew T. Smith | 4,302.31 | 0.00 |
| | MEGAN G. HEEG | 6,206.07 | 6,206.07 |
| | Ehrmann Gehlbach Badger & Lee | 2,920.00 | 2,920.00 |
| | Ehrmann Gehlbach Badger & Lee | 287.00 | 287.00 |
| | MEGAN G. HEEG | 105.06 | 105.06 |
| | Carl Swanson, CPA | 1,540.00 | 0.00 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 5. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

EXHIBIT D

DISTRIBUTION REPORT                                                    PAGE 2

| §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $ | 0.00 | 0.00% |
|---|---|---|---|
| CLAIM NUMBER  CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

| 6. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ | 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

| 7. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $ | 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

| 8. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $ | 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

| 9. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | $ | 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

| 10. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | $ | 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL       $ | 0.00 |

EXHIBIT D

DISTRIBUTION REPORT                                                    PAGE 3

| 11. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 12. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 13. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 64,188.05 | 66.79% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 1 | Advanta Bank Corp | 18,165.68 | 12,133.46 |
| 2 | Chase Bank USA, N.A. | 3,965.48 | 2,648.67 |
| 3 | Chase Bank USA, N.A. | 5,780.95 | 3,861.28 |
| 4 | Chase Bank USA, N.A. | 697.68 | 466.00 |
| 5 | Roundup Funding, LLC | 355.12 | 237.20 |
| 6U | Blackhawk State Bank | 23,774.11 | 15,879.50 |
| 7 | Recovery Management Systems Corporation | 1,671.74 | 1,116.61 |
| 8 | Recovery Management Systems Corporation | 2,640.00 | 1,763.34 |
| 9 | PRA Receivables Management, LLC | 757.72 | 506.11 |
| 10 | PRA Receivables Management, LLC | 6,379.57 | 4,261.12 |
| | | TOTAL    $ | 42,873.29 |

| 14. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL    $ | 0.00 |

EXHIBIT D

DISTRIBUTION REPORT                                                                PAGE 4

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL      $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL      $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL      $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL      $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

EXHIBIT D

DISTRIBUTION REPORT                                                                                          PAGE 5

| Secured | 6S | Blackhawk State Bank<br>c/o Attorney Paul S. Godlewski<br>One Court Place, Suite 103<br>Rockford, IL 61101- | $ 10,000.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 8-2-11                               _____
                                             MEGAN G. HEEG, Trustee

EXHIBIT D