**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: RICHARDS, ERIC E | § | Case No. 09-71995 |
| RICHARDS, SUSAN A. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $598,714.00               Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $42,873.29      Claims Discharged
                                                 Without Payment: $379,020.64

Total Expenses of Administration: $16,248.11

---

3) Total gross receipts of $   59,121.40   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $59,121.40 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $695,611.00 | $10,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,248.11 | 16,248.11 | 16,248.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 395,089.63 | 64,188.05 | 64,188.05 | 42,873.29 |
| **TOTAL DISBURSEMENTS** | $1,090,700.63 | $90,436.16 | $80,436.16 | $59,121.40 |

    4) This case was originally filed under Chapter 7 on May 14, 2009. The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2011          By: /s/MEGAN G. HEEG
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 1129-000 | 54,068.88 |
| ACCOUNTS RECEIVABLE | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 52.52 |
| **TOTAL GROSS RECEIPTS** | | **$59,121.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Blackhawk State Bank | 4110-000 | 59,884.00 | 10,000.00 | 0.00 | 0.00 |
| NOTFILED | BankUnited FSB | 4110-000 | 196,627.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 161,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 278,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$695,611.00** | **$10,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 6,206.07 | 6,206.07 | 6,206.07 |
| MEGAN G. HEEG | 2200-000 | N/A | 105.06 | 105.06 | 105.06 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 2,920.00 | 2,920.00 | 2,920.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 287.00 | 287.00 | 287.00 |
| Andrew T. Smith | 3210-600 | N/A | 4,302.31 | 4,302.31 | 4,302.31 |
| Carl Swanson, CPA | 3410-000 | N/A | 1,540.00 | 1,540.00 | 1,540.00 |
| US Treasury | 2810-000 | N/A | 707.00 | 707.00 | 707.00 |
| IL Dept. of Revenue | 2810-000 | N/A | 80.00 | 80.00 | 80.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 100.67 | 100.67 | 100.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,248.11 | 16,248.11 | 16,248.11 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advanta Bank Corp | 7100-000 | 17,635.41 | 18,165.68 | 18,165.68 | 12,133.46 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 3,886.74 | 3,965.48 | 3,965.48 | 2,648.67 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 4,478.32 | 5,780.95 | 5,780.95 | 3,861.28 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 605.22 | 697.68 | 697.68 | 466.00 |
| 5 | Roundup Funding, LLC | 7100-000 | 293.04 | 355.12 | 355.12 | 237.20 |
| 6U | Blackhawk State Bank | 7100-000 | N/A | 23,774.11 | 23,774.11 | 15,879.50 |
| 7 | Recovery Management Systems Corporation | 7100-000 | 1,603.70 | 1,671.74 | 1,671.74 | 1,116.61 |
| 8 | Recovery Management Systems Corporation | 7100-000 | 2,640.00 | 2,640.00 | 2,640.00 | 1,763.34 |
| 9 | PRA Receivables Management, LLC | 7100-000 | 1.00 | 757.72 | 757.72 | 506.11 |
| 10 | PRA Receivables Management, LLC | 7100-000 | 6,240.32 | 6,379.57 | 6,379.57 | 4,261.12 |
| NOTFILED | Florida Power & Light COmpany General Mail Facilit | 7100-000 | 64.67 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank USA, N.A. | 7100-000 | 2,796.75 | N/A | N/A | 0.00 |
| NOTFILED | Enclave At College Pointe Condo c/o P & M Property | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 694.15 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank USA, N.A. | 7100-000 | 1,406.49 | N/A | N/A | 0.00 |
| NOTFILED | San Mirage At Bonita Springs c/o R & P Property Mg | 7100-000 | 1,065.06 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 1,545.05 | N/A | N/A | 0.00 |
| NOTFILED | Vertex Business Services | 7100-000 | 47.71 | N/A | N/A | 0.00 |
| NOTFILED | Universal Property and Casualty Ins c/o Universal | 7100-000 | 273.90 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk Bank | 7100-000 | 33,644.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 5,863.20 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk Bank | 7100-000 | 34,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bergner's Retail Services | 7100-000 | 4,389.43 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | 6,914.47 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk Bank | 7100-000 | 265,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 395,089.63 | 64,188.05 | 64,188.05 | 42,873.29 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-71995　　　　　　　　　　　**Trustee:**　　(330490)　MEGAN G. HEEG
**Case Name:**　RICHARDS, ERIC E　　　　　　**Filed (f) or Converted (c):** 05/14/09 (f)
　　　　　　　　RICHARDS, SUSAN A.　　　　　**§341(a) Meeting Date:**　06/19/09
**Period Ending:** 10/17/11　　　　　　　　　　**Claims Bar Date:**　　　　10/13/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1　CASH ON HAND | 150.00 | 0.00 | DA | 0.00 | FA |
| 2　BANK ACCOUNTS<br>　　Associated Bank checking | 250.00 | 0.00 | DA | 0.00 | FA |
| 3　BANK ACCOUNTS<br>　　Associated Bank MMA | 150.00 | 0.00 | DA | 0.00 | FA |
| 4　BANK ACCOUNTS<br>　　Blackhawk Bank savings | 120.00 | 0.00 | DA | 0.00 | FA |
| 5　HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6　HOUSEHOLD GOODS AND FURNISHINGS<br>　　Ft Myers, Fla fufrniture and decorations | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7　REAL ESTATE - scheduled<br>　　12663 Quail Ridge Close, Rockton | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 8　REAL ESTATE - scheduled<br>　　8870 Colonnades Court, Bonita Springs, Fla | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 9　REAL ESTATE - scheduled<br>　　9045 Colby Drive, Ft. Myers, Fla | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 10　REAL ESTATE - unscheduled　(u)<br>　　440 and 5454 Bridge St., Roscoe, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 11　HOUSEHOLD GOODS AND FURNISHINGS<br>　　Bonita Springs bedroom set | 500.00 | 0.00 | DA | 0.00 | FA |
| 12　BOOKS AND ART OBJECTS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13　WEARING APPAREL | 250.00 | 0.00 | DA | 0.00 | FA |
| 14　FURS AND JEWELRY | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15　FIREARMS AND HOBBY EQUIPMENT | 200.00 | 0.00 | DA | 0.00 | FA |
| 16　INTERESTS IN INSURANCE POLICIES<br>　　AIG Whole Life Policy w/ 300,000 death benefit (w) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17　INTERESTS IN INSURANCE POLICIES<br>　　AIG Whole Life Policy $1,000,000  death benefit (H) | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 18　Interest in an education IRA<br>　　(H) | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 19　Interest in an education IRA | 3,200.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71995  
**Case Name:** RICHARDS, ERIC E  
RICHARDS, SUSAN A.  
**Period Ending:** 10/17/11  

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/14/09 (f)  
**§341(a) Meeting Date:** 06/19/09  
**Claims Bar Date:** 10/13/09  

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | (W) | | | | | |
| 20 | STOCK AND BUSINESS INTERESTS<br>  Village Emporium | 1.00 | 0.00 | DA | 0.00 | FA |
| 21 | STOCK AND BUSINESS INTERESTS<br>  Orb Orienting Systems | 1.00 | 0.00 | DA | 0.00 | FA |
| 22 | STOCK AND BUSINESS INTERESTS<br>  ERASE 5 Group, LLC | 1.00 | 0.00 | DA | 0.00 | FA |
| 23 | TAX REFUNDS | 990.00 | 0.00 | DA | 0.00 | FA |
| 24 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>  Beneficial interest in Estate in Germany . | 1.00 | 54,068.88 | | 54,068.88 | FA |
| 25 | Customer Lists or other compliations | 1.00 | 0.00 | DA | 0.00 | FA |
| 26 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>  1998 GM pickup | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | AUTOMOBILES AND OTHER VEHICLES<br>  1998 toyota Forerunner | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 28 | AUTOMOBILES AND OTHER VEHICLES<br>  2000 Toyota Echo | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>  Lap top | 500.00 | 0.00 | DA | 0.00 | FA |
| 30 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>  Desk | 200.00 | 0.00 | DA | 0.00 | FA |
| 31 | ACCOUNTS RECEIVABLE<br>  R-Tech Feeders Sales Commissions - (Debtor alleged a value of $13,847.45) | 10,000.00 | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 52.52 | FA |
| 32 | **Assets    Totals** (Excluding unknown values) | **$608,715.00** | **$59,068.88** | | **$59,121.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 09-71995  
**Case Name:** RICHARDS, ERIC E  
RICHARDS, SUSAN A.  
**Period Ending:** 10/17/11

**Trustee:** (330490)    MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/14/09 (f)  
**§341(a) Meeting Date:** 06/19/09  
**Claims Bar Date:** 10/13/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2010    **Current Projected Date Of Final Report (TFR):** June 8, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-71995 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | RICHARDS, ERIC E | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | RICHARDS, SUSAN A. | | **Account:** | ***-*****48-19 - Time Deposit Account |
| **Taxpayer ID #:** | **-***4297 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 10/17/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 03/11/10 | | FUNDING ACCOUNT: ********4865 | | 9999-000 | 50,000.00 | | 50,000.00 |
| 04/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.58 | | 50,006.58 |
| 04/13/10 | | Transfer out to account ********4865 | Transfer out to account ********4865 | 9999-000 | -50,006.58 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -6.58 | 0.00 | |
| | | | **Subtotal** | | 6.58 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6.58** | **$0.00** | |

{} Asset reference(s)

Printed: 10/17/2011 12:38 PM    V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-71995  
**Case Name:** RICHARDS, ERIC E  
RICHARDS, SUSAN A.  
**Taxpayer ID #:** **-***4297  
**Period Ending:** 10/17/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****48-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/10 | {24} | IOLTA Trust Fund of IL | Beneficial interest in Estate in Gemany | 1129-000 | 54,068.88 | | 54,068.88 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 54,069.46 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.05 | | 54,071.51 |
| 03/09/10 | {31} | R-Tech Feeders | commissions | 1129-000 | 2,000.00 | | 56,071.51 |
| 03/11/10 | | ACCOUNT FUNDED: ********4819 | | 9999-000 | | 50,000.00 | 6,071.51 |
| 03/11/10 | 1001 | Andrew T. Smith, Esq. | per court Order dated 2/24/10 | 3210-600 | | 4,302.31 | 1,769.20 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 1,770.16 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,770.17 |
| 04/06/10 | | Wire out to BNYM account 9200******4865 | Wire out to BNYM account 9200******4865 | 9999-000 | -1,770.17 | | 0.00 |
| 04/13/10 | | Transfer in from account ********4819 | Transfer in from account ********4819 | 9999-000 | 50,006.58 | | 50,006.58 |
| 04/13/10 | | Wire out to BNYM account 9200******4819 | Wire out to BNYM account 9200******4819 | 9999-000 | -50,006.58 | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 54,302.31 | 54,302.31 | $0.00
| Less: Bank Transfers | -1,770.17 | 50,000.00 |
| **Subtotal** | 56,072.48 | 4,302.31 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$56,072.48** | **$4,302.31** |

{} Asset reference(s)

Printed: 10/17/2011 12:38 PM   V.12.57

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-71995 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | RICHARDS, ERIC E | | Bank Name: | The Bank of New York Mellon |
| | RICHARDS, SUSAN A. | | Account: | 9200-******48-19 - Trustee Investment Acct |
| Taxpayer ID #: | **-***4297 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/17/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | 9999-000 | 50,006.58 | | 50,006.58 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.49 | | 50,010.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.37 | | 50,016.44 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.17 | | 50,022.61 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.37 | | 50,028.98 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.37 | | 50,035.35 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.23 | | 50,036.58 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,037.85 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.23 | | 50,039.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,040.35 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,041.62 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.15 | | 50,042.77 |
| 03/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.04 | | 50,042.81 |
| 03/02/11 | | To Account #9200******4865 | Close TIA via TIA Rollover | 9999-000 | | 50,042.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,042.81 | 50,042.81 | $0.00 |
| | | | Less: Bank Transfers | | 50,006.58 | 50,042.81 | |
| | | | **Subtotal** | | 36.23 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36.23** | **$0.00** | |

{} Asset reference(s)            Printed: 10/17/2011 12:38 PM    V.12.57

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 09-71995  
**Case Name:** RICHARDS, ERIC E  
RICHARDS, SUSAN A.  
**Taxpayer ID #:** **-***4297  
**Period Ending:** 10/17/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | 9999-000 | 1,770.17 | | 1,770.17 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 1,770.25 |
| 05/26/10 | {31} | R-Tech Feeders, Inc. | sales commission | 1129-000 | 3,000.00 | | 4,770.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 4,770.38 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 4,770.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 4,770.94 |
| 08/05/10 | 11002 | US Treasury | taxes due | 2810-000 | | 707.00 | 4,063.94 |
| 08/05/10 | 11003 | IL Dept. of Revenue | taxes | 2810-000 | | 80.00 | 3,983.94 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 3,984.19 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.25 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.28 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.31 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.34 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,984.37 |
| 03/02/11 | | From Account #9200******4819 | Close TIA via TIA Rollover | 9999-000 | 50,042.81 | | 54,027.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.33 | | 54,028.51 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.33 | | 54,029.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.37 | | 54,031.21 |
| 06/08/11 | 11004 | Carl Swanson, CPA | Per Court Order dated 5/23/11 | 3410-000 | | 1,540.00 | 52,491.21 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 52,491.64 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 52,492.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.67 | 52,391.41 |
| 08/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 52,391.42 |
| 08/02/11 | | To Account #9200******4866 | final distribution | 9999-000 | | 52,391.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **54,819.09** | **54,819.09** | **$0.00** |
| | | | Less: Bank Transfers | | 51,812.98 | 52,391.42 | |
| | | | **Subtotal** | | **3,006.11** | **2,427.67** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,006.11** | **$2,427.67** | |

{} Asset reference(s)

Printed: 10/17/2011 12:38 PM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-71995  
**Case Name:** RICHARDS, ERIC E  
RICHARDS, SUSAN A.  
**Taxpayer ID #:** **-***4297  
**Period Ending:** 10/17/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/11 | | From Account #9200******4865 | final distribution | 9999-000 | 52,391.42 | | 52,391.42 |
| 08/03/11 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2,920.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,920.00 | 49,471.42 |
| 08/03/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $287.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 287.00 | 49,184.42 |
| 08/03/11 | 103 | Advanta Bank Corp | Dividend paid  66.79% on $18,165.68; Claim# 1; Filed: $18,165.68; Reference: 7416 | 7100-000 | | 12,133.46 | 37,050.96 |
| 08/03/11 | 104 | Chase Bank USA, N.A. | Dividend paid  66.79% on $3,965.48; Claim# 2; Filed: $3,965.48; Reference: xxxx xxxx xxxx 3651 | 7100-000 | | 2,648.67 | 34,402.29 |
| 08/03/11 | 105 | Chase Bank USA, N.A. | Dividend paid  66.79% on $5,780.95; Claim# 3; Filed: $5,780.95; Reference: xxxx xxxx xxxx 5233 | 7100-000 | | 3,861.28 | 30,541.01 |
| 08/03/11 | 106 | Chase Bank USA, N.A. | Dividend paid  66.79% on $697.68; Claim# 4; Filed: $697.68; Reference: xxxx xxxx xxxx 2461 | 7100-000 | | 466.00 | 30,075.01 |
| 08/03/11 | 107 | Roundup Funding, LLC | Dividend paid  66.79% on $355.12; Claim# 5; Filed: $355.12; Reference: xxx-xx6-425 | 7100-000 | | 237.20 | 29,837.81 |
| 08/03/11 | 108 | Blackhawk State Bank | Dividend paid  66.79% on $23,774.11; Claim# 6U; Filed: $23,774.11; Reference: | 7100-000 | | 15,879.50 | 13,958.31 |
| 08/03/11 | 109 | Recovery Management Systems Corporation | Dividend paid  66.79% on $1,671.74; Claim# 7; Filed: $1,671.74; Reference: xxxx xxxx xxxx 3953 | 7100-000 | | 1,116.61 | 12,841.70 |
| 08/03/11 | 110 | Recovery Management Systems Corporation | Dividend paid  66.79% on $2,640.00; Claim# 8; Filed: $2,640.00; Reference: xxxx xxxx xxxx 6353 | 7100-000 | | 1,763.34 | 11,078.36 |
| 08/03/11 | 111 | PRA Receivables Management, LLC | Dividend paid  66.79% on $757.72; Claim# 9; Filed: $757.72; Reference: 7979 | 7100-000 | | 506.11 | 10,572.25 |
| 08/03/11 | 112 | PRA Receivables Management, LLC | Dividend paid  66.79% on $6,379.57; Claim# 10; Filed: $6,379.57; Reference: xxxx xxxx xxxx 4171 | 7100-000 | | 4,261.12 | 6,311.13 |
| 08/03/11 | 113 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,311.13 | 0.00 |
| | | | Dividend paid 100.00%     6,206.07<br>on $6,206.07;  Claim# ;<br>Filed: $6,206.07 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     105.06 | 2200-000 | | | 0.00 |

Subtotals : $52,391.42  $52,391.42

{} Asset reference(s)

Printed: 10/17/2011 12:38 PM    V.12.57

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 09-71995  
**Case Name:** RICHARDS, ERIC E  
RICHARDS, SUSAN A.  
**Taxpayer ID #:** **-***4297  
**Period Ending:** 10/17/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | on $105.06;  Claim# ; Filed: $105.06 |  |  |  |  |
|  |  |  | ACCOUNT TOTALS |  | 52,391.42 | 52,391.42 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 52,391.42 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 52,391.42 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $0.00 | $52,391.42 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****48-19 | 6.58 | 0.00 | 0.00 |
| MMA # ***-*****48-65 | 56,072.48 | 4,302.31 | 0.00 |
| TIA # 9200-******48-19 | 36.23 | 0.00 | 0.00 |
| MMA # 9200-******48-65 | 3,006.11 | 2,427.67 | 0.00 |
| Checking # 9200-******48-66 | 0.00 | 52,391.42 | 0.00 |
|  | $59,121.40 | $59,121.40 | $0.00 |

{} Asset reference(s)

Printed: 10/17/2011 12:38 PM    V.12.57